## SWORN CERTIFICATION OF PLAINTIFF

## OVERSTOCK.COM, INC. SECURITIES LITIGATION

I, David Punturieri, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase **OVERSTOCK.COM, INC.**, the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in **OVERSTOCK.COM, INC.** securities during the Class Period set forth in the Complaint are as follows:

| Date | Transaction | Quantity | Unit Price |
|---|---|---|---|
| 8/15/19 | Buy | 1,500 | $16.7724 |
| 8/22/19 | Buy | 750 | $21.6199 |

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

_____10/11/19_____  _____
Date                                                          David Punturieri